IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Kathy Reaves, | ) | C/A No.: 4:07-1183-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | REPORT AND RECOMMENDATION |
| Robert A. Covington, Jacquelyn C. | ) | |
| Smith, and Mary Beatty Covington, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, Kathy Reaves, brought this civil action on April 30, 2007. On May 4, 2007, the Honorable Thomas E. Rogers issued an order stating the following:

> You are ordered to always keep the Clerk of Court advised **in writing (Post Office Box 2317, Florence, South Carolina 29503**) if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this Order, you fail to file something you are required to file within a deadline set by a District Judge or a Magistrate Judge, **your case may be dismissed for violating this Order**. Therefore, if you have a change of address before this case is ended, you must comply with this Order by immediately advising the Clerk of Court in writing of such change of address *and providing the Court with the docket number of all pending cases you have filed with this Court*. Your failure to do so will not be excused by the Court.

*See* Entry #9 (emphasis in the original).

On April 2, 2010, the clerk mailed Plaintiff a Notice of Reassignment of this case to the undersigned and change of case number. Such mailing was returned as undeliverable on April 6, 2010. In addition, despite a scheduling order issued on May 18,

2009, Plaintiff has failed to prosecute this case in any respect, missing all deadlines ordered by the court in Entry #84.

Plaintiff has not provided the court with a new address at which she receives mail, despite an order mandating the same. In addition, the record indicates no attempt by Plaintiff to contact the court since March 10, 2008. As such, it appears to the court that Plaintiff wishes to abandon this action. Based on the foregoing, the undersigned recommends this action be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO RECOMMENDED.

August 2, 2010  Shiva V. Hodges
Florence, South Carolina  United States Magistrate Judge

**The parties are directed to note the important information in the attached
"Notice of Right to File Objections to Report and Recommendation."**