IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| Kathy Reaves, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Civil Action No. 4:07-1183-TLW-SVH |
| Robert A. Covington, Jacquelyn C. Smith, and Mary Beatty Covington, | ) |
| Defendants. | ) |

# ORDER

The plaintiff Kathy Reaves filed this civil action on April 30, 2007. (Doc. #1). This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Shiva V. Hodges to whom this case had previously been assigned. (Doc. #93). In the Report, the Magistrate Judge recommends that the District Court dismiss this action based on the plaintiff's failure to prosecute. (Doc. #93). The Magistrate Judge notes that the plaintiff has failed to keep the Court appraised of her current address, and that correspondence sent by the Clerk of Court has been returned as undeliverable. (Doc. #93). The plaintiff filed no objections to the Report. Objections were due on August 19, 2010.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #93). For the reasons articulated by the Magistrate Judge, this action is hereby dismissed for lack of prosecution.

**IT IS SO ORDERED**.

          s/Terry L. Wooten
          United States District Judge

August 24, 2010
Florence, South Carolina